**SAUL EWING ARNSTEIN & LEHR LLP**

Erik P. Pramschufer
Phone: (212) 980-7216
Fax: (212) 980-7291
erik.pramschufer@saul.com
www.saul.com

February 5, 2021

**VIA ECF AND ELECTRONIC MAIL**

Hon. Andrew L. Carter, Jr., U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY  10007

> **RE: Sanchez v. Arrow Electronics, Inc.
> Case No. 1:20-cv-10152
> Consent Request for Extension of Time to Respond to Complaint**

Dear Judge Carter:

This law firm represents Defendant Arrow Electronics, Inc. ("Defendant") in the above-captioned action. We write with the express consent of counsel for Plaintiff Christian Sanchez to request a thirty (30) day extension of Defendant's time to answer or otherwise move against the Complaint, so as to allow the parties additional time to discuss resolving this dispute without the need for them to incur additional attorney's fees litigating this action.

Defendant's current deadline to respond to the Complaint is February 12, 2021. The new deadline should this instant request be granted, would be March 15, 2021. This is Defendant's first request to extend any deadlines in this action. Granting this request would not affect any other deadlines, as the Court has not yet entered a scheduling order.

Thank you for your time and consideration of this request.

Respectfully submitted,

/s/ Erik P. Pramschufer
Erik P. Pramschufer
*Attorney for Defendant*

cc:   Joseph H Mizrahi, *Attorney for Plaintiff* (via ECF and E-Mail)

1270 Avenue of the Americas, Suite 2005 ◆ New York, NY 10020 ◆ Phone: (212) 980-7200 ◆ Fax: (212) 980-7292

DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP
38041995.1